```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.

                                    Dated: March 25, 2010
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02606

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-BK-08169-RJH |
| Raul Alvarez Trevino | Chapter 13 |
|        Debtor. | ORDER |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. | (Related to Docket #39) |
|        Movant, | |
| vs. | |
| Raul Alvarez Trevino, Debtor, Russell A. Brown, Trustee. | |
|        Respondents. | |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 15, 2005 and recorded in the office of the Maricopa County Recorder wherein BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is the current beneficiary and Raul Alvarez Trevino has an interest in, further described as:

> LOT 505, KNOELL GROVES UNIT FOUR, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 189 OF MAPS, PAGE 48.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.